**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:24-po-00270-CDB |
| Plaintiff, | CVB Violation E1930431 / CA14 |
| v. | ORDER TO REFUND OVERPAYMENT |
| VERONIQUE SOBOWALE, | (Doc. 8) |
| Defendant. | |

Defendant Veronique Sobowale was issued Violation Notice E1930431 with a total collateral due of $380.00.  As a result of Defendant's failure to appear on September 3, 2024, the Court issued an arrest warrant and a failure to appear fine in the amount of $100.00 for a total collateral due of $480.00.  On October 24, 2024, Defendant paid the amount of $100.00 with a remaining balance of $380.00.  On November 8, 2024, Defendant paid the balance of $380.00.  Accordingly, the Court accepted it as payment in full, recalled the arrest warrant, and closed the case.  After the case was closed, Defendant paid an additional amount of $200.00.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $200.00.

IT IS SO ORDERED.

Dated:   **April 28, 2025**                    _____

UNITED STATES MAGISTRATE JUDGE